UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BB Community Leasing Services, Inc.
7700 Mineral Point Rd.
Madison, WI 53717

      Plaintiff,

      v.                                        Case No.: 26-cv-457

Jacob Wierzbicki
3111 Carlisle Circle
Marion, IA 52302

and

T & C Service Company L.L.C.
d/b/a T&C Landscape
3415 3rd Ave.
Marion, IA 52302

      Defendants.

## COMPLAINT

COMES NOW, Plaintiff, BB Community Leasing Services, Inc. ("BBCLSI"), by and through its undersigned counsel, Quarles & Brady LLP, states the following for its Complaint against Jacob Wierzbicki ("Wierzbicki") and T&C Service Company L.L.C., d/b/a T&C Landscape ("T&C" and together with Wierzbicki, the "Defendants"):

## JURISDICTION AND VENUE

1.      Plaintiff BBCLSI is a domestic Wisconsin business duly authorized to conduct business in Wisconsin with its principal place of business located at 7700 Mineral Point Rd., Madison, Wisconsin 53717. Plaintiff BBCLSI, therefore, is a citizen of Wisconsin.

2.      Defendant T&C is an Iowa limited liability company with its principal place of business located at 3415 3rd Ave., Marion, IA 52302.

3.      Defendant T&C has one member, Jacob Wierzbicki, who is a citizen of Iowa. Accordingly, Defendant T&C is a citizen of Iowa.

4.      Defendant Jacob Wierzbicki is an adult resident of Iowa. Upon information and belief, his personal residence is 3111 Carlisle Circle, Marion, IA 52302.

5.      This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## THE PARTIES

7.      Plaintiff BBCLSI is an equipment finance and leasing business.  It is incorporated in Wisconsin and headquartered in Madison, Wisconsin.

8.      Defendant T&C engages in the business of landscape services and is headquartered in Marion, Iowa.

9.      Defendant Wierzbicki is an individual domiciled in Marion, Iowa and serves as the manager, authorized representative and sole member of Defendant T&C.

2

**FACTS**

10.     On or about June 21, 2023, Defendant T&C by its authorized representative, Jacob Wierzbicki, and BBCLSI executed the Equipment Financing Agreement 5969-001 and Schedule No. 5969-001 ("Schedule 001") (collectively, the "Agreement").

11.     A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

12.     Under the Agreement, among other things, Defendant T&C agreed to:

a.     Lease certain equipment described as: E35 33 HP R2-Series Bobcat Excavator with Sod Layer s/n 679101097, 24" Digging Bucket, 39" Grading Bucket, Steel Wrist, 12" Digging Bucket;

b.     Pay 84 equal monthly payments of $1,770.86 beginning on July 1, 2023, along with the payment of certain other fees and costs.

13.     On or about June 26, 2023, Jacob Wierzbicki signed a continuing guaranty (the "Guaranty") as inducement for BBCLSI to enter into the Agreement with T&C.

14.     A true and correct copy of the Guaranty is attached as **Exhibit B**.

15.     Pursuant to the Guaranty, Defendant Wierzbicki personally guaranteed that T&C would make all payments and pay all other charges required under the Agreement and would perform all other obligations under the Agreement fully and promptly.

16.     Under the Agreement, T&C also granted BBCLSI a purchase money security interest in the equipment and fixtures identified in the Agreement and corresponding Schedule 001 (the "Equipment").

17.     A true and correct copy of the filed UCC Financing Statement is attached as **Exhibit C**.

18.     Under the Agreement, including but not limited to that set forth at Paragraph 17 of the Agreement, an event of default occurs if Defendant T&C fails to pay any rent payment or any other amount due under the Agreement for more than ten (10) days after the due date thereof ("Event of Default").

19.     Upon an Event of Default by Defendant T&C, BBCLSI may exercise the "Default Remedies" set forth in the Agreement, including but not limited to that set forth at Paragraph 18 of the Agreement.

20.     The Agreement further provides that Defendant T&C must pay BBCLSI all outstanding installment payments, costs and expenses, including attorneys' fees, court costs, recovery costs and sales costs.

21.     Payment was due by Defendant T&C under the Agreement in the sum of $500 and came due on February of 2026 and again on March of 2026, but no payment was made by the Defendant T&C (the "Default").

22.     On or around March 13, 2026, BBCLSI made a demand for payment to and provided a notice of default (the "Notice") to Defendant T&C and Defendant Wierzbicki.

23.     No response and no payment was received by the Defendants from the Notice.

24.     A true and correct copy of the Notice is attached hereto as **Exhibit D**.

25.     Defendant T&C defaulted under the Agreement in February of 2026 and every month thereafter and the full amount due and owing per the terms of the Agreement is now due and owing.

26.     Upon Default, per the Agreement, including but not limited to that set forth at Paragraph 18 of the Agreement, Plaintiff BBCLSI may among other things, pursue all rents, and other payments or damages due and owing under the Agreement.

4

## COUNT 1
### (Breach of Agreement—Defendant T&C)

27.    BBCLSI realleges and incorporates by reference paragraphs referenced above as if fully set forth herein.

28.    BBCLSI is the lawful owner and holder of the Agreement.

29.    Defendant T&C defaulted under the terms of the Agreement by failing to make the required payments due to BBCLSI in February of 2026 and every month thereafter.

30.    BBCLSI has upheld all of its obligations under the Agreement.

31.    As of March 13, 2026, there is now due and owing from Defendant T&C to BBCLSI per the terms of the Agreement the sum of $95,053.52.

32.    Under the Agreement, Defendant T&C is also liable for BBCLSI's attorneys' fees and costs incurred, interest, and for any additional costs of collection.

## COUNT 2
### (Breach of Guaranty—Defendant Wierzbicki)

33.    BBCLSI realleges and incorporates by reference paragraphs referenced above as if fully set forth herein.

34.    BBCLSI is the lawful owner and holder of the Guaranty.

35.    Under the terms of the Guaranty, Defendant Wierzbicki personally agreed to, jointly and severally, guaranty the payment of all indebtedness, obligations and liabilities evidenced by the Agreement and owed by Defendant T&C, including any costs, expenses, or attorneys' fees incurred by BBCLS to collect on what is owed by T&C.

36.    Defendant T&C defaulted under the terms of the Agreement by failing to make the required payments due to BBCLSI in February of 2026 and every month thereafter.

5

37. Defendant Wierzbicki defaulted under the terms of the Guaranty by failing to make the required payments due to BBCLSI under the Agreement and upon demand made to Defendant by BBCLSI based on Defendant T&C's failure to make payments and Default.

38. BBCLSI has upheld all of its obligations under the Guaranty.

39. As of March 13, 2026, there is now due and owing from Defendant Wierzbicki, jointly and severally with Defendant T&C, to BBCLSI per the terms of the Guaranty the sum of $95,053.52.

40. Under the Agreement, Defendant Wierzbicki is also liable for BBCLSI's attorneys' fees and costs incurred, interest, and for any additional costs of collection.

## COUNT 3
### (Replevin)

41. BBCLSI realleges and incorporates by reference paragraphs referenced above as if fully set forth herein.

42. By virtue of Defendant T&C's Default on the Agreement, and the terms of the security interest therein, BBCLSI has the right to take possession of the Equipment.

43. Defendant T&C is continuing the use of the Equipment, is wrongfully detaining the Equipment and has not provided for its return.

44. The cause of the detention of the Equipment is unknown to BBCLSI at this time.

45. Upon information and belief, the Equipment has not been taken for a tax, assessment, or fine or seized under any execution or attachment against the property of Defendant T&C, or if so seized, it is exempt from the seizure.

46. Upon information and belief, the current fair market value of the Equipment is approximately $100,000.00.

47. Upon information and belief, Defendant T&C is detaining the Equipment at the following address in Marion, Iowa: 3415 3rd Ave., Marion, IA 52302.

## **RESERVATION OF RIGHTS**

BBCLSI retains and reserves all other rights and remedies available to it as against Defendant T&C under the Agreement and Defendant Wierzbicki under the Guaranty.

**WHEREFORE**, Plaintiff, BB Community Leasing Services, Inc., demands judgment as follows:

A. On Count 1 (Breach of Agreement-Defendant T&C):

   1. Judgment in favor of the Plaintiff, BB Community Leasing Services, Inc., and against Defendant T&C, in an amount not less than $95,053.52 in outstanding principal, and any further accumulated fees and costs;

   2. All additional and any applicable interest, accrued and unpaid costs and fees, including attorneys' fees, due and owing under the Agreement; and

B. On Count 2 (Breach of Guaranty-Defendant Wierzbicki):

   1. Judgment in favor of the Plaintiff, BB Community Leasing Services, Inc., and against Defendant Wierzbicki, in an amount not less than $95,053.52 in outstanding principal, and any further accumulated fees and costs;

   2. All additional and any applicable interest, accrued and unpaid costs and fees, including attorneys' fees, due and owing under the Agreement; and

C. On Count 3 (Replevin-Defendant T&C):

   1. Judgment in favor of the Plaintiff, BB Community Leasing Services, Inc., against Defendant T&C under the Agreement granting BB Community Leasing Services, Inc. all rights to possess and control the Equipment;

   2. All additional costs and fees, including attorneys' fees, associated with obtaining control of the Equipment; and

D. For Plaintiff's reasonable attorneys' fees and costs, and expenses in this action, jointly and severally, as against Defendant T&C and Defendant Wierzbicki; and

E.      For such other and further order, judgment or relief as is provided by law and in such cases as may be just and equitable.

Dated: May 15, 2026.

<div style="margin-left:50%">

Respectfully Submitted,

QUARLES & BRADY LLP

*/s/ Brittany S. Ogden*
Brittany S. Ogden (1035853)
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Facsimile: (608) 251-9166
Email: Brittany.Ogden@quarles.com

*Attorneys for Plaintiff BB Community
Leasing Services, Inc.*

</div>